

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-19-00345-CR

## IN RE DOMONIQUE HANKS

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's petition for writ of mandamus is denied.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Petition denied
Opinion delivered and filed October 16, 2019
Do not publish
[OT06]

